UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| FEDERATED RANCH AND BROKERAGE INTERNATIONAL, INC.,<br><br>   Plaintiff,<br>   v.<br>PEERLESS INSURANCE COMPANY,<br><br>   Defendants.<br>_____/ | No. C 13-04718 VC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 23] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. Order of Reference, ECF No. 23. The parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: June 2, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-04718 VC (LB)
NOTICE OF REFERRAL AND ORDER