THE ROSEN LAW FIRM, A PROFESSIONAL CORPORATION
Glenn T. Rosen, Esq., (State Bar No. 156151)
*glenn@rosenlawfirm.info*
2001 Wilshire Boulevard, Suite 210
Santa Monica, CA 90403
Telephone: (310) 857-5299
Facsimile: (310) 315-1557

Attorneys for Plaintiff
FEDERATED RANCH AND BROKERAGE
INTERNATIONAL, INC.

SEDGWICK LLP
Bruce D. Celebrezze (State Bar No. 102181)
*bruce.celebrezze@sedgwicklaw.com*
Nicholas J. Boos (State Bar No. 233399)
*nicholas.boos@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED RANCH AND BROKERAGE INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-4718-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED ANSWER** |

Plaintiff Federated Ranch and Brokerage International, Inc. ("Federated") and Peerless Insurance Company ("Peerless"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Federated filed a Complaint in Contra Costa County Superior Court on

1  September 9, 2013;

2  WHEREAS, Peerless filed its Answer to Federated's Complaint in Contra Costa County
3  Superior Court on October 9, 2013, and subsequently removed the case to United States District
4  Court for the Northern District of California on October 10, 2013;

5  WHEREAS, Peerless filed a Motion for Leave to File First Amended Answer on July
6  14, 2014 (ECF No. 27);

7  WHEREAS, Peerless' proposed First Amended Answer, a copy of which is attached
8  hereto as **Exhibit A**, adds and revises affirmative defenses, includes detailed responses to the
9  allegations in the complaint rather than a general denial, and corrects typographical errors and
10  other edits;

11  WHEREAS, a hearing on Peerless' Motion for Leave to File First Amended Answer is
12  set for August 28, 2014 at 10:00 a.m. (ECF No. 28);

13  WHEREAS, subsequent to the filing of Peerless' Motion for Leave to File First
14  Amended Answer, Federated agreed to stipulate that Peerless may file its proposed First
15  Amended Answer.

16  IT IS HEREBY STIPULATED that Peerless be allowed to file a First Amended
17  Answer.  A copy of Peerless' proposed First Amended Answer is attached hereto as **Exhibit A**.

18  IT IS FURTHER STIPULATED that if Peerless is granted leave to file the proposed First
19  Amended Answer, Peerless' Motion for Leave to File First Amended Answer (ECF No. 27) will
20  be rendered moot and should be withdrawn, and the hearing currently set for August 28, 2014
21  should be taken off calendar.  Peerless will file a separate Notice of Withdrawal of its Motion for
22  Leave to File First Amended Answer.

23  **IT IS SO AGREED AND STIPULATED.**

24  DATED:  July 29, 2014          THE ROSEN LAW FIRM, A PROFESSIONAL
                                    CORPORATION

                                    By:    /s/ Glenn T. Rosen
                                           Glenn T. Rosen
                                           Attorney for Plaintiff FEDERATED
                                           RANCH AND BROKERAGE
                                           INTERNATIONAL, INC.

1  DATED: July 29, 2014            SEDGWICK LLP

2                                  By:   /s/ Nicholas J. Boos
3                                        Bruce D. Celebrezze
                                         Nicholas J. Boos
4                                        Attorneys for Defendant PEERLESS
                                         INSURANCE COMPANY
5

6

7  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED**

8  that:

9         Peerless is granted leave to file the first amended answer attached as Exhibit A to the

10 parties' Joint Stipulation and [Proposed] Order for Leave to File First Amended Answer.

11

12 DATED: July 30, 2014            _____
                                    United States District Court Judge
13