THE ROSEN LAW FIRM, A PROFESSIONAL CORPORATION
Glenn T. Rosen, Esq., (State Bar No. 156151)
*glenn@rosenlawfirm.info*
2001 Wilshire Boulevard, Suite 210
Santa Monica, CA 90403
Telephone: (310) 857-5299
Facsimile: (310) 315-1557

Attorneys for Plaintiff
FEDERATED RANCH AND BROKERAGE
INTERNATIONAL, INC.

SEDGWICK LLP
Bruce D. Celebrezze (State Bar No. 102181)
*bruce.celebrezze@sedgwicklaw.com*
Nicholas J. Boos (State Bar No. 233399)
*nicholas.boos@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
PEERLESS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATED RANCH AND BROKERAGE INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire corporation; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | CASE NO. 3:13-cv-4718-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION DEADLINE AS MODIFIED** |

///

///

///

///

///

CASE NO. 3:13-cv-4718-VC

Pursuant to Civil Local Rules 6-1, 6-2, 7-11, 7-12 and 16-2(e) and ADR Local Rule 6-5 for the Northern District of California, Plaintiff Federated Ranch and Brokerage International, Inc. ("Federated") and Defendant Peerless Insurance Company ("Peerless"), collectively the "Parties," by and through their respective attorneys of record, hereby stipulate, and request that the Court enter an order thereon, to extend the mediation completion deadline to October 10, 2014.  In support of this stipulation and requested order, the Parties state as follows:

WHEREAS, Plaintiffs filed a Complaint in Contra Costa County Superior Court on September 9, 2013, and the case was removed to United States District Court for the Northern District of California on October 10, 2013;

WHEREAS, the Court issued a Case Management and Pretrial Order on January 24, 2014 (ECF No. 18);

WHEREAS, in the Case Management and Pretrial Order, the Court ordered the Parties to participate in a private mediation to be completed within 120 days (ECF No. 18);

WHEREAS, on May 20, 2014, the Parties filed a joint stipulation and proposed order for continuance of mediation deadline to August 25, 2014 in order for Federated to provide written responses to Peerless' discovery requests so that Peerless could determine whether depositions were necessary before participating in mediation (ECF No. 20);

WHEREAS, on May 23, 2014, the Court granted the Parties' joint stipulation and ordered the mediation deadline to be continued to August 25, 2014 (ECF No. 22);

WHEREAS, Federated provided its written discovery responses on May 30, 2014;

WHEREAS, Federated provided verifications to its written discovery responses on June 16, 2014;

WHEREAS, after reviewing Federated's written discovery responses, Peerless determined that depositions of Plaintiff and third party witnesses were necessary before participating in mediation, and Peerless met and conferred with Federated's counsel regarding certain of Federated's discovery responses;

WHEREAS, the Parties agreed that depositions of Plaintiff and third party witnesses would take place on July 29, 2014 and July 31, 2014;

1  WHEREAS, prior to the depositions of Plaintiff and third party witnesses, Plaintiff's counsel requested that the depositions be rescheduled due to scheduling conflicts;

WHEREAS, Federated's counsel has agreed to provide supplemental responses to certain of Peerless' discovery requests;

WHEREAS, the Parties have agreed that the depositions of Plaintiff and two third party witnesses will take place during the week of August 18, 2014;

WHEREAS, Peerless desires to take said depositions before participating in a mediation;

WHEREAS, there has only been one prior modification of the mediation deadline or the pretrial schedule, as identified herein;

WHEREAS, none of the Parties will be prejudiced by the modification of the mediation deadline; and

WHERAS, the Parties are only seeking a continuance of the mediation deadline identified herein, and the requested order continuing the mediation deadline would not require the continuance of any other deadlines, as trial is set for April 13, 2015 (ECF No. 18).

NOW, THEREFORE, THE PARTIES, THROUGH THEIR COUNSEL, HEREBY STIPULATE AND AGREE AND SEEK AN ORDER AS FOLLOWS:

The mediation deadline is extended from August 25, 2014 to October 10, 2014.

**IT IS SO AGREED AND STIPULATED.**

DATED:  August 4, 2014          THE ROSEN LAW FIRM, A PROFESSIONAL CORPORATION

By:   /s/ *Glenn T. Rosen*_____
      Glenn T. Rosen
      Attorney for Plaintiff FEDERATED RANCH AND BROKERAGE INTERNATIONAL, INC.

DATED:  August 4, 2014          SEDGWICK LLP

By:   /s/ *Nicholas J. Boos*_____
      Bruce D. Celebrezze
      Nicholas J. Boos
      Attorneys for Defendant PEERLESS INSURANCE COMPANY

1  **PURSUANT TO STIPULATION, IT IS ORDERED** that:

2  The mediation deadline is extended from August 25, 2014 to October 10, 2014. A Case

3  Management Conference is scheduled for October 28, 2014, at 10:00 a.m. A joint updated case

4  Management conference is due no later than October 21, 2014.

6  DATED:  August 8, 2014                    _____
                                              United States District Court Judge