1 | THE ROSEN LAW FIRM, A PROFESSIONAL CORPORATION
Glenn T. Rosen, Esq., (State Bar No. 156151)
2 | *glenn@rosenlawfirm.info*
2001 Wilshire Boulevard, Suite 210
3 | Santa Monica, CA 90403
Telephone: (310) 857-5299
4 | Facsimile: (310) 315-1557

5 | Attorneys for Plaintiff
FEDERATED RANCH AND BROKERAGE
6 | INTERNATIONAL, INC.

7 | SEDGWICK LLP
Bruce D. Celebrezze (State Bar No. 102181)
8 | *bruce.celebrezze@sedgwicklaw.com*
Nicholas J. Boos (State Bar No. 233399)
9 | *nicholas.boos@sedgwicklaw.com*
333 Bush Street, 30th Floor
10 | San Francisco, California 94104
Telephone: (415) 781-7900
11 | Facsimile:  (415) 781-2635

12 | Attorneys for Defendant
PEERLESS INSURANCE COMPANY

13 |

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

| FEDERATED RANCH AND BROKERAGE INTERNATIONAL, INC., a Delaware corporation, | CASE NO. 3:13-cv-4718-VC |
|---|---|
| | **JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF EXPERT DISCLOSURE DATES** |
| Plaintiff, | |
| v. | |
| PEERLESS INSURANCE COMPANY, a New Hampshire corporation; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

///

///

///

///

///

1    Pursuant to Civil Local Rules 6-1, 6-2, 7-11, 7-12 and 16-2(e) for the Northern District

2  of California, Plaintiff Federated Ranch and Brokerage International, Inc. ("Federated") and

3  Defendant Peerless Insurance Company ("Peerless"), collectively the "Parties," by and through

4  their respective attorneys of record, hereby stipulate, and request that the Court enter an order

5  continuing the expert disclosure date to September 17, 2014, and continuing the rebuttal expert

6  disclosure date to October 10, 2014.  In support of this stipulation and requested order, the

7  Parties state as follows:

8    WHEREAS, the Court issued a Case Management and Pretrial Order on January 24,

9  2014 (ECF No. 18);

10    WHEREAS, the Case Management and Pretrial Order set an August 29, 2014 date for

11  the disclosure of experts, retained and non-retained (ECF No. 18);

12    WHEREAS, the Case Management and Pretrial Order set a September 29, 2014 date for

13  the disclosure of rebuttal experts (ECF No. 18);

14    WHEREAS, Federated has stated that it will serve supplemental written discovery

15  responses;

16    WHEREAS, the Parties have scheduled a mediation for September 4, 2014;

17    WHEREAS, the Parties wish to postpone the costs associated with expert disclosures

18  until after the parties participate in the September 4, 2014 mediation;

19    WHEREAS, Federated's anticipated supplemental written discovery responses may

20  impact the Parties' retention of experts if the case does not resolve at the September 4, 2014

21  mediation;

22    WHEREAS, there have only been two prior modifications of the mediation deadline or

23  the pretrial schedule;

24    WHEREAS, the Parties are only seeking a continuance of the expert disclosure and

25  rebuttal expert disclosure dates identified herein, and the requested order continuing the

26  disclosure and rebuttal of experts deadlines would not require the continuance of any other

27  deadlines (ECF No. 18).

28    NOW, THEREFORE, THE PARTIES, THROUGH THEIR COUNSEL, HEREBY

Sedgwick LLP

1   STIPULATE AND AGREE AND SEEK AN ORDER AS FOLLOWS:

2      The disclosure of experts deadline is extended from August 29, 2014 to September 17,

3   2014.

4      The rebuttal of experts deadline is extended from September 29, 2014 to October 10,

5   2014.

6      **IT IS SO AGREED AND STIPULATED.**

7   DATED:  August 21, 2014          THE ROSEN LAW FIRM, A PROFESSIONAL
8                                    CORPORATION

9                                    By:    /s/ *Glenn T. Rosen*_____
10                                          Glenn T. Rosen
                                            Attorney for Plaintiff FEDERATED
11                                          RANCH AND BROKERAGE
                                            INTERNATIONAL, INC.

12  DATED:  August 21, 2014          SEDGWICK LLP

13                                   By:    /s/ *Nicholas J. Boos*_____
14                                          Bruce D. Celebrezze
                                            Nicholas J. Boos
15                                          Attorneys for Defendant PEERLESS
                                            INSURANCE COMPANY
16

17  **PURSUANT TO STIPULATION, IT IS ORDERED** that:

18  The disclosure of experts deadline is extended from August 29, 2014 to September 17, 2014.

19  The rebuttal of experts deadline is extended from September 29, 2014 to October 10, 2014.

20

21  DATED:  ___August 25_____, 2014   _____

22                                          United States District Court Judge

23

24

25

26

27

28